# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Francis Schmidt, | No. CV-19-04939-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

On November 1, 2020, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending Petitioner Gregory Francis Schmidt's amended petition seeking a federal writ of habeas corpus (Doc. 4) be denied as barred by the Antiterrorism and Effective Death Penalty Act of 1996 statute of limitations. Petitioner's objections were due November 19, 2020. Petitioner did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Amended Petition for Writ of Habeas Corpus (Doc. 4) is **DENIED** and **DISMISSED WITH PREJUDICE**.

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable and Petitioner does not make a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this matter.

Dated this 8th day of December, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge